PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**

Nov 18, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (510) 934-2008 and (510) 684-0257 | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT;<br><br>2:24-sw-0817 AC |

### [PROPOSED] ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: November 18, 2024

_____
The Honorable Chi Soo Kim
UNITED STATES MAGISTRATE JUDGE

REQUEST TO UN-SEAL; [PROPOSED] ORDER